# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## United States Magistrate Judge

### Clerk's Minutes

### 21-cv-961 DHU/GBW

*Enriquez v. Multicultural Evaluation & Consultation Associates, LLC*

### Date of Hearing:    4/1/22
*(not recorded)*

**Attorney for Plaintiff:**         Raymond Martinez

**Plaintiff:**         Joanne Enriquez

**Attorneys for Defendant:**         Matthew P. Holt
                                     Sara Woods

**Defendant Representatives:**         Jeff Flores
                                       Amanda Bozza

**Proceedings**:         Settlement Conference

*Start Time*:         10:30 a.m.
*Stop Time*:         2:35 p.m.
**Total Time:**         **4 hours 5 minutes**

**Clerk**:         CEO

**Notes**:

- The parties reached a settlement.