IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXCO

JOANNE ENRIQUEZ,

      Plaintiff,

v.                                     Case No. 2 :21-cv-961-CG-GBW

MULTICULTURAL EVALUATION &
CONSULTATION ASSOCIATES (MECA), LLC,

      Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the Parties' Stipulation of Dismissal is of the opinion that the stipulation is well taken and that the following Order should be entered:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims of **JOANNE ENRIQUEZ** ("Plaintiff') brought against **MULTICULTURAL EVALUATION & CONSULTATION ASSOCIATES (MECA), LLC,** ("Defendant"), in the above-captioned matter be and are hereby **DISMISSED WITH PREJUDICE.** It is further **ORDERED** that each Party shall bear its own costs.

SIGNED this the ____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE